FILED ___ ENTERED
LODGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:

CASE NUMBER: **13-0063SAG**

**2437 Cheyenne Drive**
**Gambrills, Maryland 21054**

TO:   DEA Task Force Officer Matthew Wires,
      and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**2437 Cheyenne Drive, Gambrills, Maryland 21054,** further described as a four story town house with a red brick exterior. The residence has a red front door on the right side of the front facade (facing it) above ground level. The numbers "2437" are located to the left side of the door in black numbers. There are red shutters on the two third story double windows. There are four separate windows on the second level and two white dormers on the fourth level. The residence is located in a group of six town homes and is the second residence from the left end located between the residences of 2439 and 2435 Cheyenne Drive. The residence has an attached garage located to the left of the front door. The garage is accessed by a cement driveway. A set of red brick steps with a black metal rail leads to the front door of the residence.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before _January 28, 2013_
                                                           Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

_January 14, 2013_ at Baltimore, Maryland
Date and Time Issued
11:04

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#1) AUSAs Carey/Smith

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01-14-13 | 01-15-13  0600 | Kerem Oxy |

INVENTORY MADE IN THE PRESENCE OF  Ozlem Oxyi

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S Judge or Magistrate                              Date

**EVIDENCE:**

A. Upstairs Master Bedroom
1. Black Coach canvas bag (Location: Under bed in purple suitcase)
2. 1 Pair Jordan's size 14 (Location: Under bed in US Postal box)
3. 1 white and red Air Jordan t-shirt (Location: Under bed in US Postal box)
4. 1 white and red Air Jordan baseball hat (Location: Under bed in US Postal box)
5. 1 pair yellow and gray Air Jordan size 10 (Location: Under bed)
6. Sport Zone plastic bag containing (4) pairs of Nike sneakers (Location: Under bed)
7. Gucci I-phone Touch case (Location: Gucci box next to bed (brown))
8. Gucci blue handkerchief (Location: Gucci box next to bed (brown))
9. Blue Gucci notebook (Location: Gucci box next to bed (brown))
10. Brown Gucci belt (Location: Gucci box next to bed (brown))
11. Gray and green North Face knit cap (Location: Gucci box next to bed (brown))
12. AIX blue and red knit cap (Location: Gucci box next to bed (brown))
13. True Religion bag containing (5) sweat pants, 2 hooded sweatshirts True Religion (Location: Next to bed under window)
14. Tan and brown Coach back pack (Location: Floor next to n=bed under window)
15. Blue and black I-pad case (Location: Tan and brown Coach backpack)
16. Black Coach tablet case (Location: Tan and brown Coach backpack)
17. Black Coach zip cord case (Location: Tan and brown Coach backpack)
18. Blue and gray Coach wallet (Location: Tan and brown Coach backpack)
19. Blue leather Coach pill case (Location: Tan and brown Coach backpack)
20. 2 Coach black leather travel adapters (Location: Tan and brown Coach backpack)
21. 2 pair Nike ZM2 (Location: Black bag by linen closet)
22. 1 pair UGG brown (Location: Black bag in front of linen closet)
23. Black and yellow Air Jordan (Location: Black bag in front of linen closet)
24. Louis Vuitton blue sweater (Location: Black bag in front of linen closet)
25. AWOL black t-shirt (Location: Black bag in front of linen closet)
26. 1 gray and orange North Face sweat jacket (Location: Black bag in front of linen closet)
27. 1 blue and gray North Face sweat jacket (Location: Black bag in front of linen closet)
28. 2 brown Gucci sweaters (Location: Black bag in front of linen closet)
29. 1 gray Gucci sweater 9Location: Black bag in front of linen closet)
30. Purple and yellow photo album containing pictures of Kerem Dayi (Location: Wicker night stand right side of bed)
31. 1 Downtown Locker Room bag containing (6) jerseys (Location: White Nike bag on right side of bed on floor)
32. 3 gray Nike NY Yankees sweat shirts (Location: White Nike bag on right side of bed on floor)

33. Gucci glasses in Gucci container (Location: Left side of bed night stand top drawer)
34. Nike Fuel band (Location: Top of box top drawer chest next to bathroom)
35. Black Cole Haan gloves (Location: Box top of chest next to bathroom)
36. Black Gucci sandals (Location: Gucci shoe box on top of chest next to bathroom)
37. Gray and orange Puma sneakers (Location: Red Puma bag on top of chest near bathroom)
38. Info Telecom Finder (Location: Left side night stand bottom drawer)
39. Nike Customer Service document addressed to Kerem Dayi (Location: Box on top of chest near bathroom)
40. Cole Haan Receipt dated 11-23-2012 (Location: Box on top of chest near bathroom)
41. Assorted Documents (Location: Victoria Secrets bag to left of left night stand on floor)
42. 2 pairs Look SRL sunglasses (Location: On floor in front of left night stand)
43. Cole Haan blue shoes (Location: On floor to right of chest next to bathroom)
44. 1 I-pad 32 gig (SSN# DLXH560UDNQT) (Location: On ironing board in front of dresser with mirror)
45. 1 I-pad 64 gig (SSN# DMPJ54CWDVGM) (Location: On ironing board in front of dresser with mirror)
46. Assorted clothing (16 items) (Location: On top of chest near bathroom)
47. Assorted clothing (23 items) (Location: Inside of chest next to bathroom)
48. Assorted clothing (7 items) (Location: On top of wicker basket at end of bed)
49. Gucci scarves (4) (Location: Plastic bag on top of wicker basket at end of bed)
50. 3 Oakley water bottles (Location: On top of wicker basket at end of bed)
51. 3 Oakley back packs (Location: Left male closet)
52. 2 Nike back packs (Location: Left male closet)
53. 14 Assorted jackets (Location: Left male closet)
54. 1 Dark brown Gucci suit (Location: Left male closet)
55. 1 Gray D's Damat suit (Location: Left male closet)
56. 1 Black D's Damat suit(Location: Left male closet)
57. 1 Blue pin stripe D's Damat suit (Location: Left male closet)
58. Coach collar (Location: Left male closet)
59. Coach leash (Location: Left male closet)
60. Gucci tan sport coat (Location: Left male closet)
61. Black Gucci leather jacket (Location: Left male closet)
62. Tan Gucci sweater (Location: Left male closet)
63. Assorted male clothing shirts (15) (Location: Left male closet)
64. 7 Athletic jerseys (Location: Left male closet)
65. Gucci cream colored jacket (Location: Left male closet)
66. 2 Oakley back packs (Location: Left male closet)

67. Assorted male clothing and jackets (25 items) (Location: Left male closet)
68. Assorted male pants (9 items) (Location: Left male closet)
69. Assorted male clothing (37 items) (Location: Plastic bin in left male closet)
70. Assorted male clothing (26 items) (Location: Plastic bin in left male closet)
71. Oakley canvas computer bag (Location: Left male closet)
72. Coach laptop bag (Location: Left male closet)
73. 2 Oakley black belts (Location: Left male closet)
74. Assorted documents in name of Kerem Dayi (5 items) (Location: Wicker night stand to right of bed)
75. 2 Credit Cards (Stern and Gaylord Entertainment) in name of Ozlem Dayi (Location: Wicker night stand to right of bed)
76. Assorted male clothing (12 items) (Location: Left male closet)
77. Note pads (2) (Location: Wicker night stand to right of bed)
78. Gucci beige shoes (Location: Left male closet)
79. Nike orange and gray sneakers (Location: Left male closet)
80. Nike brown sneakers (Location: Left male closet)
81. Nike black and purple sneakers (Location: Left male closet)
82. Nike blue and gray sneakers (Location: Left male closet)
83. Puma red and white sneakers (Location: Left male closet)
84. D&G black suede shoes (Location: Left male closet)
85. D&G tan suede shoes (Location: Left male closet)
86. Polo black leather shoes (Location: Left male closet)
87. Nike gray and purple sneakers (Location: Left male closet)
88. Nike brown and orange sneakers (Location: Left male closet)
89. Timberland brown boots (Location: Left male closet)
90. Sorrl gray and red shoes (Location: Left male closet)
91. Bank of America account card (#446019334062) (Location: Top of armoire)
92. US Postal Receipt dated 8/10/10 in name of Kerem Dayi (Location: Top of armoire)
93. Assorted clothing male (16 items) (Location: Armoire)
94. **Breitling watch white face/ black and silver SSN A41330 (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>**
95. **Breitling watch white face/ silver SSN A13370 (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>**
96. **Oris watch blue face/ silver SN: 7533 (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>**
97. 17 Bracelets (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>
98. 1 Pin with charm (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>
99. 1 Diamond ring (Location: In safe) – <u>TOT DEA AGENT WINKIS</u>
100. US Currency (Location: Right female closet) – <u>TOT DEA AGENT WINKIS</u>
101. US Currency (Location: Safe in closet) – <u>TOT DEA AGENT WINKIS</u>
102. US Currency (Location: Dresser with mirror) – <u>TOT DEA AGENT WINKIS</u>
103. US Currency (Location: Purse on floor near entry door) – <u>TOT DEA</u>

AGENT WINKIS
104. Envelope with bank account on it with US Currency (Location: Dresser with mirror) – Currency TOT      DEA AGENT WINKIS
105. White I-phone 4s SN: C39GRZTNDTA3 (Location: On top of dresser with mirror)
106. Gucci sunglasses in box (Location: Right female closet)
107. Gucci purple shoes (Location: Right female closet)
108. Coach purse (Location: Right female closet)
109. Sony gaming headset (Location: Right female closet)
110. Cole Haan red purse (Location: Right female closet)
111. Burberry purse (Location: Right female closet)
112. Gucci snake skin bag (Location: Right female closet)
113. Christian Dior handbag (Location: Right female closet)
114. 15 assorted DVDs (Location: Right female closet)
115. Louis Vuitton purse (Location: Right female closet)
116. US Treasury check in name of Ozlem and Kerem Dayi amount $2929.32 (Location: Purse near door to      bedroom)
117. N/A
118. 18 Assorted women's clothing (Location: Right female closet)
119. 4 Pairs Oakley Tin Tin sunglasses (Location: Right female closet)
120. 1 Pair Oakley cleaning kit (Location: Right female closet)
121. DTLR camo jacket (Location: Dresser with mirror)
122. 2 North Face knit caps (Location: Dresser with mirror)
123. Coach knit cap (Location: Dresser with mirror)
124. Prada size 36 leather belt (Location: Dresser with mirror)
125. Louis Vuitton sunglasses (Location: Dresser with mirror)
126. Coach leather pill container green (Location: Dresser with mirror)
127. Burberry key chain (Location: Dresser with mirror)
128. Oakley Crosshair sunglasses and business card holder (Location: Dresser with mirror)
129. Air Jordan black baby shoes (Location: Dresser with mirror)
130. 4 Gucci scarves (Location: Dresser with mirror)
131. 5 old cell phones (Location: Dresser with mirror)
132. Assorted paperwork and documents (Location: Dresser with mirror)
133. Air Jordan 3 Retro size 10 (Location: Floor by door to bedroom)
134. Coach tan canvas shoe (Location: Floor by door to bedroom)
135. Gucci brown women sandals (Location: Floor by door to bedroom)
136. Nike sneakers white size 2 ½ (Location: Floor by door to bedroom)
137. Gucci red/white/ blue shoes (Location: Floor by door to bedroom)
138. Item not taken
139. 1 Ross bag with misc. clothing (Location: On floor next to dresser with mirror)
140. Toshiba satilite laptop SN: Z6073232W) (Location: Right female closet)
141. Air Jordan Retro size 1 black and red (Location: Right female closet)
142. Black North Face jacket (Location: Right female closet)
143. Abercrombie and Fitch jackets (2) (Location: Right female closet)

144. Brown leather Coach Bag (Location: Right female closet)
145. Brown Gucci purse (Location: Right female closet)
146. Tory Burch black ladies shoes (Location: Right female closet)
147. New Balance orange sneakers (Location: Right female closet)
148. Assorted clothing (18 items) (Location: Right female closet)
149. Misc. shoes (9 pairs) (Location: Right female closet)
150. Dior brown/tan cow girl shoes (Location: Right female closet)
151. Jimmy Choo tan boots short (Location: Right female closet)
152. Jimmy Choo tan boots tall (Location: Right female closet)
153. Gray UGG bag (Location: Right female closet)
154. Jimmy Choo black boots (Location: Right female closet)
155. Dior tall brown boots (Location: Right female closet)
156. Documents (Location: Right female closet)

B. Kitchen

1. US Currency in box (Location: Kitchen Cabinet) – <u>TOT DEA AGENT WINKIS</u>
2. Documents (Bank documents) (Location: Kitchen Cabinet)
3. Documents miscellaneous in box (Location: Kitchen counter near sink)
4. MVA documents (Location: Kitchen wall board)
5. T-mobile cell phone SN: G9E7N024Z2Z098) (Location: Kitchen island)

C. Living Room

1. (2) I-pod chargers white (Location: Behind couch plugged in)
2. (1) Samsung G phone with charger (Location: From table near stairs)
3. (2) USB cords (Location: From table near stairs)
4. Small Mason jar containing suspected marijuana (Location: Third drawer bureau)
5. Black phone charger (Location: Drawer living room cabinet)
6. Samsung cell phone #AD00002F007ZD0 (Location: Living room cabinet)
7. (1) black cell phone case (Location: Living room cabinet drawer)
8. (1) My Passport S/N# WXE1AB0M5820 (Location: Living room cabinet drawer)
9. (1) Black I-phone with case (Location: Living room cabinet drawer)
10. (1) Verizon Samsung (Location: Living room cabinet drawer)
11. (1) Verizon Zte silver cell phone (Location: Living room cabinet drawer)
12. (1) Rocket Fish micro USB (Location: TV stand (TV on wall))
13. (1) Energizer charging pad (Location: TV stand (TV on wall))
14. (1) White Samsung cell phone with case (Location: TV stand (TV on wall))
15. (1) Black I-phone in black case (Location: TV stand (TV on wall))
16. (1) AT&T Blackberry (Location: TV stand (TV on wall)
17. T-mobile cell phone (Location: TV stand (TV on wall))
18. (1) Samsung Verizon cell phone S/N# 012908005453717 (Location: TV Stand (TV on wall))\
19. (1) white I-phone (Location: TV stand (TV on wall))
20. Black wallet with papers (Location: Ottoman)
21. Financial papers (Location: Dining room tables)

22. Financial documents (Location: Ottoman next to laptop)
23. Blue North Face jacket (Location: From inside Coach bag)
24. G-star Raw underwear (Location: From inside Coach bag)
25. Black Coach duffle bag (Location: Floor near TV stand)
26. HP laptop with power cord (Location: Under couch)
27. ASUS laptop with power cord S/N # 15G29N006630 (Location: On ottoman)
28. Gray/black North Face jacket (Location: Door handle closet door)
29. PNC Bank Visa Card issue to Kerem Dayi Krush NYC LLC Account #4034933021532251 (Location: Table under TV)

D. Basement
1. One green glass jar containing green leafy material suspected marijuana (Location: 2nd drawer on computer desk tan)
2. One plastic baggie containing green leaf plant material suspected marijuana (Location: Top drawer of computer desk tan)
3. Somatropin 101U Growth Hormone in white box 10 vials (Location: 2nd drawer of computer desk with yellow top)
4. 1 Jar containing green leaf material suspected marijuana (Location: Top drawer of black computer desk)
5. 1 Glass jar containing green leaf material suspected marijuana (Location: Top drawer of black computer desk)
6. Samsung computer S/N # VL10001W2Z110600017 (Location: Tan computer desk)
7. Pink Dawr girl 8 gig thumb drive with green lanyard (Location: In Samsung computer)
8. 4 assorted thumb drives (Location: Top of tan computer desk)
9. 2 Bank of America Visa Cards 4635770002182189/ 4635750005369587 (Location: Top of computer desk)
10. Dell monitor with accessories S/N #275149323008834 (Location: Top of black computer desk)
11. 2 Jawbone bluetooths (Location: Top of computer desk)
12. 2 sheets of paper with passwords (Location: Top of tan computer desk)
13. Sony Faio laptop with accessories SN# 275149323008834 (Location: top of black computer desk)
14. Thermaltake Computer (New in box) (Location: Top of black computer desk)
15. Assorted documents (Location: Tan and black computer desk) – TOT IRS AGENT V. CHANG
16. Empty UPS box addressed to Kerem Dayi (Location: On floor next to tan computer desk)
17. Gucci black boots (Location: On floor in front of tan computer desk)\
18. Puma black and white sneakers (Location: on floor in front of tan computer desk)
19. Assorted documents (Location: Found on speaker near TV)
20. BMW key (Location: Computer desk drawer)

E. Garage

1. Assorted sweatshirts and Oakley book bag (Location: Garage floor)
2. 2 Mitchell and Ness jackets (Location: Garage floor)
3. 5 pairs of shoes (Location: Garage floor)
4. 7 pairs of shoes (Location: Garage floor)
5. 5 pairs of shoes (Location: Garage floor)
6. 8 pairs of shoes (Location: Garage floor)
7. 5 pairs of shoes (Location: Garage floor)
8. 6 pairs of shoes (Location: Garage floor)
9. 6 pairs of shoes (Location: Garage floor)
10. 5 pairs of shoes (Location: Garage floor)
11. Assorted winter North Face clothing (Location: Garage floor)
12. 8 pairs of shoes (Location: Garage floor)
13. 1 piece of Oakley luggage (Location: Garage floor)
14a. 2 orange Underarmour sweatshirts (Location: Garage floor)
14b. 1 Digital scale (Location: Garage floor)
14c. 1 Vacuum seal box of plastic bags (Location: Garage floor)
15a. 6 old cell phones and chargers (Location: Garage floor)
15b. 8 Ledgers and misc. documents and photos

F. <u>Bedroom top of Stairs to Left</u>
1. Toshiba laptop S/N 3 26019446Q (Location: On floor next to window)
2. Apple Macbook Air S/N # C2qF7020DDQW (Location: On desk)
3. Apple Macbook Pro with maroon cover (Location: On floor by bedroom door)

G. <u>Bedroom Upstairs top of Steps</u>
1. I-pad mini in black case with power cord (Location: On top of bunk beds)

H. <u>Cadillac Escalade white</u>
1. Miscellaneous documents

I. <u>Porsche Cayenne white</u>
1. Miscellaneous documents

J. <u>Black BMW</u>
1. Miscellaneous documents
2. (1) Black Puma bag
3. (1) Blue Nike Jacket